FILED
CLERK, U.S. DISTRICT COURT
SEP 15 2016
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br><br>Augustine Ndubuisi Ogbodo.<br>DEFENDANT(S). | CASE NUMBER<br><br>16 - 1883M<br><br>ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT |
|---|---|

Upon motion of ___defendant___, IT IS ORDERED that a detention hearing is set for __9/20/2016__, _____, at __9:00__ ☒a.m. / ☐p.m. before the Honorable __Jacqueline Chooljian__, in Courtroom __20__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or __312 N. Spring St., LA CA 90012__ and produced for the hearing.

_____
(Other custodial officer)

Dated: __9/15/16__

_____
U.S. District Judge/Magistrate Judge